◼ LISA HINCKLEY, Individually and as Administratrix of the Estate of JOHN HINCKLEY, Deceased, Appellant, v CSX TRANSPORTATION, INC., Respondent, et al., Defendant. [878 NYS2d 926]—Motion for reargument or clarification denied. Present—Scudder, P.J., Hurlbutt, Martoche, Green and Gorski, JJ.

◼ JACK A. CARDINELL, Appellant, v CHERUNDOLO, BOTTAR & LEONE, P.C., et al., Respondents. [878 NYS2d 926]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.

◼ In the Matter of PAUL HANSON, Petitioner, v A. LABRIOLA, Deputy Superintendent for Security, Orleans Correctional Facility, Respondent. [878 NYS2d 926]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON LEE, Appellant. [878 NYS2d 926]—Motion for reargument denied. Present—Smith, J.P., Centra, Fahey, Green and Pine, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MURRAY G. BELL, JR., Appellant. [876 NYS2d 925]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, William F. Kocher, J.—Driving While Intoxicated). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Gorski, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHELTIERE BROOKS, Appellant. [876 NYS2d 925]—Order unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Order of Monroe County Court, John J. Connell, J.—2005 Drug Law Reform Act). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Gorski, JJ.